PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY ALLEN BENNETT,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant, | Case No.: 2:17-cv-00555-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a two-week extension of time to October 4, 2017 to respond to Plaintiff's opening brief. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time due to workload. Defendant's counsel has to file a response to an appeal in an Equal Employment Opportunity Commission (EEOC) case and a motion in another EEOC case within the next week. Defendant's counsel also has an oral argument for a social security district court case next week and several district court briefs due within the next few weeks.

1

| | |
|---|---|
| 1 | |
| 2 | This request is made in good faith with no intention to unduly delay the proceedings. |
| 3 | The parties further stipulate that the Court's Scheduling Order shall be modified |
| 4 | accordingly. |
| 5 | Counsel apologizes to the Court for any inconvenience caused by this delay. |

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

Dated: September 20, 2017        */s/ Cyrus Safa by Chantal R. Jenkins\**
                                 CYRUS SAFA
                                 *Enedina Perez on behalf of Cyrus Safa *via* phone on September 20, 2017
                                 Attorney for Plaintiff

Dated: September 20, 2017        PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                      By:        */s/ Chantal R. Jenkins*
                                 CHANTAL R. JENKINS
                                 Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

Dated: September 21, 2017.       _____
                                 THE HON. EDMUND F. BRENNAN
                                 United States Magistrate Judge

2